IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JONATHAN MICHEAL VANCE**                                                              **PLAINTIFF**

V.                                          **CASE NO. 5:25-CV-5039**

**SHERIFF SHAWN HOLLOWAY,**
Benton County, Arkansas;
**CHIEF DEPUTY MEYER GILBERT (Badge #2),**
Benton County Detention Center (BCDC);
**MAJOR ROBERT BERSI (Badge #3), BCDC;**
**CAPTAIN HAROLD GAGE (Badge #5), BCDC;**
**LIEUTENANT BRITTANY WRIGHT (Badge #13), BCDC;**
**SERGEANT JEREMY FERGUSON (Badge #500), BCDC;**
**CORPORAL DANIEL SKOURUP (Badge #501), BCDC;**
**DEPUTY KEVIN GARRETT (Badge #509), BCDC;**
**and DEPUTY DENNIS WIKE (Badge #504), BCDC**                        **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 15) filed in this case on May 22, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 12th day of June, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE